The Honorable Kymberly K. Evanson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| TERRI GLASSETT-HANSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WESTROCK SERVICES LLC., a for profit corporation,<br><br>Defendants. | No. 2:25-CV-00775-KKE<br><br>**STIPULATION AND ORDER OF DISMISSAL**<br><br>[<u>CLERK'S ACTION REQUIRED</u>] |

Plaintiff Terri Glassett-Hanson and Defendant Westrock Services LLC, hereby stipulate and agree to request that the Court dismiss this action with prejudice and without an award of attorneys' fees or costs to either party.

Respectfully submitted this 24th day of February, 2026.

**EMERY | REDDY, PC**

By: */s/ Patrick B. Reddy*
Patrick Reddy, WSBA No. 34092
Emery | Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com

*Attorney for Plaintiff*

**JACKSON LEWIS PC**

By: */s/ Michael Griffin*
Michael Griffin, WSBA No. 29103
Jaime Heimerl, WSBA No. 49100
Jackson Lewis PC
520 Pike St, Ste 2300
Seattle, WA 98101
Phone: (206) 405-0404
Email: michael.griffin@jacksonlewis.com
Email: jaime.heimerl@jacksonlewis.com

*Attorneys for Defendant*

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 1

No. 2:25-CV-00775-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711

**ORDER**

Based on the stipulation of the parties, the Court hereby ORDERS that this action is dismissed with prejudice and without an award of costs or attorneys' fees to any party.

The Clerk of the Court is directed to dismiss this case in its entirety.

DATED this 24th day of February, 2026.

Kymberly K. Evanson
United States District Judge

Presented by:

**EMERY | REDDY, PC**

By: */s/ Patrick B. Reddy*
Patrick Reddy, WSBA No. 34092
Emery | Reddy, PC
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106
Fax: (206) 441-9711
Email: reddyp@emeryreddy.com

*Attorney for Plaintiff*

**JACKSON LEWIS PC**

By: */s/ Michael Griffin*
Michael Griffin, WSBA No. 29103
Jaime Heimerl, WSBA No. 49100
Jackson Lewis PC
520 Pike St, Ste 2300
Seattle, WA 98101
Phone: (206) 405-0404
Email: michael.griffin@jacksonlewis.com
Email: jaime.heimerl@jacksonlewis.com

*Attorneys for Defendant*

STIPULATION AND ORDER FOR DISMISSAL
WITH PREJUDICE - 2

No. 2:25-CV-00775-KKE

**EMERY | REDDY, PC**
600 Stewart Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106 • Fax: (206) 441-9711